Kavon Adli (SBN 203040)
David Newman (SBN 246351)
THE INTERNET LAW GROUP
9100 Wilshire Blvd., Suite 725E
Beverly Hills, CA 90212
Telephone: (310) 910-1496
Facsimile: (310) 356-3257

Attorneys for Plaintiff
DREAM MARRIAGE GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DREAM MARRIAGE GROUP, INC., a Nevada Corporation, | Case No.: 2:21-cv-03246-JVS (ASx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| SVETLANA IGNATEVA, an individual; OMNIS NETWORK, LLC, a California limited liability company; and DOES 1 through 10, | |
| Defendants. | |

1

# JUDGMENT

The Court, having granted the Motion For Default Judgment filed by plaintiff Dream Marriage Group, Inc. ("DMG") and against defendant Omnis Network, LLC ("Omnis"):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** judgment is entered in favor of DMG and against Omnis on DMG's complaint. Omnis is enjoined from permitting any ongoing registration of the following internet websites:

a. https://russiandatingreviews.com/dream-singles-com; and

b. https://find-bride.com/russian-girls/01-registration

(the "Websites"). Omnis must terminate the registrations of the Websites with five (5) days of the date of this Judgment.

**IT IS SO ADJUDGED.**

DATED: October __14__, 2021

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE